In re Henderson, Bobby Joe; — Plaintiff; Applying For Supervisory and/or Remedial Writs, Parish of Claiborne, 2nd Judicial District Court Div. A, No. 26,935; to the Court of Appeal, Second Circuit, No. 48,-080-KH.
Granted in part; otherwise denied. The district court is ordered to provide relator with a copy of his Boykin colloquy. State ex rel. Simmons v. State, 93-0275, p. 1 (La.12/16/94), 647 So.2d 1094, 1095. In all other respects, the application is denied. State ex rel. Bernard, v. Cr.D.C., 94-2247, p. 1 (La.4/28/95), 653 So.2d 1174, 1175.
GUIDRY and CLARK, JJ., would deny.